IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JARVIS JACKSON, | § | |
|     *Petitioner*, | § | |
| | § | |
| v. | § | No. 3:20-cv-1421-X |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
|     *Respondent*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSION, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated October 19, 2020, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS THEREFORE ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Moreover, to the extent that a certificate of appealability is necessary here, it is **denied**.

**IT IS SO ORDERED** this 4th day of November 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE